Order Filed on December 15, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**DONALD C. GOINS, ESQ. (DCG1005)**
**GOINS & GOINS, LLC**
323 Washington Avenue
Elizabeth, NJ 07202
(908) 351-1984
Fax: (908) 351-1982
Attorney for Debtor

In Re:

Helen C. Stoeckert,

Case No.:       17-33493

Chapter :       13

Hearing Date:   12 / 13 / 2017

Judge:          KCF

## ORDER TO EXTEND THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**.

**DATED: December 15, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)

Debtor: Helen C. Stoeckert
Case No.: 17-33493-KCF
Caption of Order: Order to Extend the Automatic Stay

This matter having come before the Court by motion of Donald C. Goins Esq., attorney for debtor, Helen C. Stoeckert, for entry of an Order Extending the Automatic Stay and, for good cause it is

HEREBY ORDERED that:

The Debtor's Automatic Stay is hereby extended for all interested parties.