UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

DONALD C. GOINS, ESQ. (DCG1005)
GOINS & GOINS, LLC
323 Washington Avenue
Elizabeth, NJ 07202
(908) 351-1984
Fax: (908) 351-1982
Attorney for Debtor

Order Filed on December 15, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Helen C. Stoeckert,

Case No.:    17-33493

Chapter :    13

Hearing Date:    12 / 13 / 2017

Judge:    KCF

## ORDER TO EXTEND THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**.

**DATED: December 15, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)

Debtor:           Helen C. Stoeckert
Case No.:         17-33493-KCF
Caption of Order: Order to Extend the Automatic Stay

This matter having come before the Court by motion of Donald C. Goins Esq., attorney for debtor, Helen C. Stoeckert, for entry of an Order Extending the Automatic Stay and, for good cause it is

HEREBY ORDERED that:

The Debtor's Automatic Stay is hereby extended for all interested parties.

United States Bankruptcy Court
District of New Jersey

In re:  
Helen C Stoeckert  
      Debtor

Case No. 17-33493-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Dec 20, 2017  
                  Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2017.  
db           +Helen C Stoeckert,    62 S. Grove Avenue,    Perth Amboy, NJ 08861-1508

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                 TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2017 at the address(es) listed below:  
           Albert Russo    docs@russotrustee.com  
           Donald C. Goins    on behalf of Debtor Helen C Stoeckert dcgoins1@gmail.com,  
            G25787@notify.cincompass.com  
           Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com  
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                              TOTAL: 4