Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–33493–KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Helen C Stoeckert
62 S. Grove Avenue
Perth Amboy, NJ 08861

Social Security No.:
xxx–xx–4665

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on April 6, 2018.

On July 5, 2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Kathryn C. Ferguson on:

Date:         August 8, 2018
Time:         10:00 AM
Location:     Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: July 6, 2018
JAN: wdr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-33493-KCF
Helen C Stoeckert                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3              User: admin                Page 1 of 1            Date Rcvd: Jul 06, 2018
                                  Form ID: 185               Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 08, 2018.
db             +Helen C Stoeckert,    62 S. Grove Avenue,    Perth Amboy, NJ 08861-1508
517187757      +CBCS,   PO Box 2724,    Columbus, OH 43216-2724
517187760      +Diversified Consultants, Inc.,    PO Box 571,   Fort Mill, SC 29716-0571
517187763      +IC System, Inc.,    PO Box 64437,   St. Paul, MN 55164-0437
517187764      +Northland Group, Inc.,    PO Box 390905,   Minneapolis, MN 55439-0905
517190445      +Orion,   c/o of PRA Receivables Management, LLC,     PO Box 41021,   Norfolk, VA 23541-1021
517230948      +Unifund CCR LLC,    Att: Mullooly Jeffrey Rooney,    6851 Jericho Tpke POB 9036,
                 Syosset, NY 11791-9036
517187765      +Unifund CCR Partners,    PO Box 9036 C/O John Sheerin, Esq.,    Syosset, NY 11791-9036

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 06 2018 22:07:10     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 06 2018 22:07:08      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517187755       E-mail/Text: ebn@americollect.com Jul 06 2018 22:07:14     Americollect, Inc.,
                 1851 S Alverno Rd,    Manitowoc, WI  54220-9208
517187756      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jul 06 2018 22:07:07      Asset Acceptance LLC,
                 PO Box 2036,   Warren, MI 48090-2036
517187758      +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 06 2018 22:07:34      CCS Collections,
                 2 Wells Avenue,    Newton, MA 02459-3246
517286096       E-mail/Text: bankruptcy.bnc@ditech.com Jul 06 2018 22:06:58
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
517187762       E-mail/Text: bankruptcy.bnc@ditech.com Jul 06 2018 22:06:58     GreenTree,   PO Box 94710,
                 Palantine, IL  60094
517630168       E-mail/Text: cio.bncmail@irs.gov Jul 06 2018 22:06:53     IRS,   PO Box 219236,
                 Kansas City, MO 64121
517340961      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 06 2018 22:10:39
                 Orion Portfolio Services LLC,    c/o PRA Receivables Management, LLC,   PO Box 41021,
                 Norfolk, VA 23541-1021
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517187753     ##+Accounts Receivable Technologies,    371 Hoes Lane, Suite 300B,   Piscataway, NJ 08854-4143
517187754     ##+Allied Interstate LLC,    PO Box 4000,   Warrenton, VA 20188-4000
517187759     ##+Convergent Outsourcing,    10750 Hammerly Blvd, #200,   Houston, TX 77043-2317
517187761     ##+First Credit Services,    371 Hoes Lane, Suite 300B,   Piscataway, NJ 08854-4143
                                                                                      TOTALS: 0, * 0, ## 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2018                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 6, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Donald C. Goins    on behalf of Debtor Helen C Stoeckert dcgoins1@gmail.com,
               G25787@notify.cincompass.com
              Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4