UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)
DONALD C. GOINS, ESQ. (DCG1005)
GOINS & GOINS, LLC
323 Washington Avenue
Elizabeth, NJ 07202
Phone: (908) 351-1984
Fax: (908) 351-1982
Attorney for Debtor

Order Filed on September 17, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Helen C. Stoeckert,

Case No.: 17-33493

Adv. No.:

Hearing Date:  9 / 12 / 2018

Judge:  KCF

## ORDER TO ALLOW TRUSTEE TO PAY LATE-FILED CLAIM

The relief set forth on the following pages, numbered two (2) through __2__ is hereby **ORDERED**.

**DATED: September 17, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)

Debtor:              Helen C. Stoeckert
Case No.:            17-33493-KCF
Caption of Order:    Order to Allow Trustee to Pay Late-Filed Claim

This matter having been presented to the Court by DONALD C. GOINS, ESQ., attorney for the debtor, Helen C. Stoeckert, for entry of an Order to Allow the Trustee to pay a late filed claim and, for good cause it is

    ORDERED that:

1. The Debtor's Chapter 13 Trustee is authorized to pay the late filed claim filed by the IRS as a part of the debtor's Chapter 13 Plan.