UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)
DONALD C. GOINS, ESQ. (DCG1005)
GOINS & GOINS, LLC
323 Washington Avenue
Elizabeth, NJ 07202
Phone: (908) 351-1984
Fax: (908) 351-1982
Attorney for Debtor

Order Filed on September 17, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Helen C. Stoeckert,

Case No.: 17-33493

Adv. No.:

Hearing Date: 9 / 12 / 2018

Judge: KCF

## ORDER TO ALLOW TRUSTEE TO PAY LATE-FILED CLAIM

The relief set forth on the following pages, numbered two (2) through __2__ is hereby **ORDERED**.

**DATED: September 17, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)

Debtor:             Helen C. Stoeckert
Case No.:           17-33493-KCF
Caption of Order:   Order to Allow Trustee to Pay Late-Filed Claim

This matter having been presented to the Court by DONALD C. GOINS, ESQ., attorney for the debtor, Helen C. Stoeckert, for entry of an Order to Allow the Trustee to pay a late filed claim and, for good cause it is

ORDERED that:

1. The Debtor's Chapter 13 Trustee is authorized to pay the late filed claim filed by the IRS as a part of the debtor's Chapter 13 Plan.

United States Bankruptcy Court
District of New Jersey

In re:  
Helen C Stoeckert  
    Debtor

Case No. 17-33493-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Sep 17, 2018  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2018.  
db          +Helen C Stoeckert,    62 S. Grove Avenue,    Perth Amboy, NJ 08861-1508

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                       TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2018                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2018 at the address(es) listed below:  
            Albert Russo    docs@russotrustee.com  
            Donald C. Goins    on behalf of Debtor Helen C Stoeckert dcgoins1@gmail.com,  
             G25787@notify.cincompass.com  
            Rebecca Ann Solarz    on behalf of Creditor Ditech Financial LLC rsolarz@kmllawgroup.com  
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                          TOTAL: 4