Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–33493–KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Helen C Stoeckert
62 S. Grove Avenue
Perth Amboy, NJ 08861

Social Security No.:
xxx–xx–4665

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:         4/24/19
Time:         10:00 AM
Location:     Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: March 18, 2019
JAN: ckk

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                             Case No. 17-33493-KCF
Helen C Stoeckert                                                  Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                Page 1 of 2          Date Rcvd: Mar 18, 2019
                              Form ID: 132               Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 20, 2019.
db             +Helen C Stoeckert,    62 S. Grove Avenue,    Perth Amboy, NJ 08861-1508
cr             +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
517187754      +Allied Interstate LLC,    PO Box 4000,   Warrenton, VA 20188-4000
517187757      +CBCS,   PO Box 2724,    Columbus, OH 43216-2724
517187760      +Diversified Consultants, Inc.,    PO Box 571,   Fort Mill, SC 29716-0571
517187763      +IC System, Inc.,    PO Box 64437,   St. Paul, MN 55164-0437
517187764      +Northland Group, Inc.,    PO Box 390905,   Minneapolis, MN 55439-0905
517190445      +Orion,   c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517803135      +U.S. Bank Trust, N.A., as Trustee for LSF10 Master,    13801 Wireless Way,
                 Oklahoma City, OK 73134-2500
517803136      +U.S. Bank Trust, N.A., as Trustee for LSF10 Master,    13801 Wireless Way,
                 Oklahoma City, OK  73134,    U.S. Bank Trust, N.A., as Trustee for LS,    13801 Wireless Way,
                 Oklahoma City, OK 73134-2500
517230948      +Unifund CCR LLC,    Att: Mullooly Jeffrey Rooney,    6851 Jericho Tpke POB 9036,
                 Syosset, NY 11791-9036
517187765      +Unifund CCR Partners,    PO Box 9036 C/O John Sheerin, Esq.,    Syosset, NY 11791-9036

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 19 2019 01:20:55      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 19 2019 01:20:51      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517187755       E-mail/Text: ebn@americollect.com Mar 19 2019 01:21:04      Americollect, Inc.,
                 1851 S Alverno Rd,   Manitowoc, WI  54220-9208
517187756      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Mar 19 2019 01:20:47      Asset Acceptance LLC,
                 PO Box 2036,   Warren, MI 48090-2036
517187758      +E-mail/Text: bankruptcy_notifications@ccsusa.com Mar 19 2019 01:21:38      CCS Collections,
                 2 Wells Avenue,   Newton, MA 02459-3246
517286096       E-mail/Text: bankruptcy.bnc@ditech.com Mar 19 2019 01:20:19
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
517187762       E-mail/Text: bankruptcy.bnc@ditech.com Mar 19 2019 01:20:19      GreenTree,    PO Box 94710,
                 Palantine, IL  60094
517630168       E-mail/Text: cio.bncmail@irs.gov Mar 19 2019 01:20:12      IRS,   PO Box 219236,
                 Kansas City, MO 64121
517340961      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 19 2019 01:29:43
                 Orion Portfolio Services LLC,    c/o PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
517897887       E-mail/Text: bky@martonelaw.com Mar 19 2019 01:19:46      Provident Bank,
                 c/o Frank J. Martone, Esq.,   1455 Broad Street,    Bloomfield, NJ 07003-3047
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517187753     ##+Accounts Receivable Technologies,    371 Hoes Lane, Suite 300B,   Piscataway, NJ 08854-4143
517187759     ##+Convergent Outsourcing,    10750 Hammerly Blvd, #200,   Houston, TX 77043-2317
517187761     ##+First Credit Services,    371 Hoes Lane, Suite 300B,   Piscataway, NJ 08854-4143
                                                                                TOTALS: 0, * 0, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2019                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Mar 18, 2019
                              Form ID: 132             Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 18, 2019 at the address(es) listed below:
              Albert    Russo     docs@russotrustee.com
              Donald C. Goins     on behalf of Debtor Helen C Stoeckert dcgoins1@gmail.com,
               G25787@notify.cincompass.com
              Nicholas V. Rogers     on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER
               PARTICIPATION TRUST nj.bkecf@fedphe.com
              R. A. Lebron     on behalf of Creditor     U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER
               PARTICIPATION TRUST By Caliber Home Loans, Inc., as its attorney in fact bankruptcy@feinsuch.com
              Rebecca Ann Solarz     on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```