Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.:  17−33493−KCF
                    Chapter:  13
                    Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Helen C Stoeckert
    62 S. Grove Avenue
    Perth Amboy, NJ 08861

Social Security No.:
    xxx−xx−4665

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on November 20, 2017 and a confirmation hearing on such Plan has been scheduled for April 24, 2019.

The debtor filed a Modified Plan on May 17, 2019 and a confirmation hearing on the Modified Plan is scheduled for June 26, 2019 @ 10:00 am. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: May 21, 2019
JAN: wdr

                                                Jeanne Naughton
                                                Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                        Case No. 17-33493-KCF
Helen C Stoeckert                                             Chapter 13
         Debtor
                               CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin             Page 1 of 2           Date Rcvd: May 21, 2019
                              Form ID: 186            Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 23, 2019.
db             +Helen C Stoeckert,    62 S. Grove Avenue,    Perth Amboy, NJ 08861-1508
cr             +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
517187754      +Allied Interstate LLC,    PO Box 4000,   Warrenton, VA 20188-4000
517187757      +CBCS,   PO Box 2724,    Columbus, OH 43216-2724
517187760      +Diversified Consultants, Inc.,    PO Box 571,   Fort Mill, SC 29716-0571
517187763      +IC System, Inc.,    PO Box 64437,   St. Paul, MN 55164-0437
517187764      +Northland Group, Inc.,    PO Box 390905,   Minneapolis, MN 55439-0905
517190445      +Orion,   c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
517803135      +U.S. Bank Trust, N.A., as Trustee for LSF10 Master,    13801 Wireless Way,
                 Oklahoma City, OK 73134-2500
517803136      +U.S. Bank Trust, N.A., as Trustee for LSF10 Master,    13801 Wireless Way,
                 Oklahoma City, OK   73134,    U.S. Bank Trust, N.A., as Trustee for LS,    13801 Wireless Way,
                 Oklahoma City, OK 73134-2500
517230948      +Unifund CCR LLC,    Att: Mullooly Jeffrey Rooney,    6851 Jericho Tpke POB 9036,
                 Syosset, NY 11791-9036
517187765      +Unifund CCR Partners,    PO Box 9036 C/O John Sheerin, Esq.,   Syosset, NY 11791-9036

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 21 2019 23:57:58     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 21 2019 23:57:56     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517187755       E-mail/Text: ebn@americollect.com May 21 2019 23:58:04     Americollect, Inc.,
                 1851 S Alverno Rd,   Manitowoc, WI   54220-9208
517187756      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM May 21 2019 23:57:55      Asset Acceptance LLC,
                 PO Box 2036,   Warren, MI 48090-2036
517187758      +E-mail/Text: bankruptcy_notifications@ccsusa.com May 21 2019 23:58:39     CCS Collections,
                 2 Wells Avenue,   Newton, MA 02459-3246
517286096       E-mail/Text: bankruptcy.bnc@ditech.com May 21 2019 23:57:35
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
517187762       E-mail/Text: bankruptcy.bnc@ditech.com May 21 2019 23:57:35     GreenTree,   PO Box 94710,
                 Palantine, IL   60094
517630168       E-mail/Text: cio.bncmail@irs.gov May 21 2019 23:57:22     IRS,   PO Box 219236,
                 Kansas City, MO 64121
517340961      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 22 2019 00:11:25
                 Orion Portfolio Services LLC,    c/o PRA Receivables Management, LLC,   PO Box 41021,
                 Norfolk, VA 23541-1021
517897887       E-mail/Text: bky@martonelaw.com May 21 2019 23:57:06     Provident Bank,
                 c/o Frank J. Martone, Esq.,    1455 Broad Street,   Bloomfield, NJ 07003-3047
518245115      +E-mail/Text: bknotices@providentnj.com May 21 2019 23:58:30     The Provident Bank,
                 100 Wood Avenue South,    Iselin, NJ 08830-2716
                                                                                              TOTAL: 11

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518241390*      IRS,   POB 7346,   Philadelphia, PA   19101-7346
517187753     ##+Accounts Receivable Technologies,    371 Hoes Lane, Suite 300B,   Piscataway, NJ 08854-4143
517187759     ##+Convergent Outsourcing,    10750 Hammerly Blvd, #200,   Houston, TX 77043-2317
517187761     ##+First Credit Services,    371 Hoes Lane, Suite 300B,   Piscataway, NJ 08854-4143
                                                                                   TOTALS: 0, * 1, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2019                        Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: May 21, 2019
                              Form ID: 186             Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 21, 2019 at the address(es) listed below:
              Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Donald C. Goins    on behalf of Debtor Helen C Stoeckert dcgoins1@gmail.com,
               G25787@notify.cincompass.com
              Nicholas V. Rogers    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER
               PARTICIPATION TRUST nj.bkecf@fedphe.com
              R. A. Lebron    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER
               PARTICIPATION TRUST By Caliber Home Loans, Inc., as its attorney in fact bankruptcy@feinsuch.com
              Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
              Sindi  Mncina    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER
               PARTICIPATION TRUST smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```