UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)
DONALD C. GOINS, ESQ. (DCG1005)
GOINS & GOINS, LLC
323 Washington Avenue
Elizabeth, NJ 07202
(908) 351-1984
Fax: (908) 351-1982
Attorney for the Debtor

Order Filed on June 18, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Helen C. Stoeckert,

Case No.: 17-33493

Chapter: 13

Hearing Date: 6 / 12 / 2019

Judge: KCF

## ORDER ALLOWING LATE FILED CLAIM

The relief set forth on the following pages, numbered two (2) through __2__ is hereby **ORDERED**.

**DATED: June 18, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)

Debtor: Helen C. Stoeckert
Case No.: 17-33493-KCF
Caption of Order: Order Allowing Late-Filed Claim

This matter having come before the Court by motion of Donald C. Goins Esq., attorney for the debtor, Helen C. Stoeckert, for entry of an Order Allowing the late filed Proof of Claim on behalf of Provident Bank to be addressed in the debtor's case, and the Court having reviewed the motion, certification and exhibits in this matter, and for good cause, it is hereby ordered that:

1. The late filed Proof of Claim on behalf of Provident Bank is hereby allowed to be addressed in the debtor's case and Chapter 13 Plan.