Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                              Case No.:  17−33493−MBK
                              Chapter:  13
                              Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Helen C Stoeckert
   62 S. Grove Avenue
   Perth Amboy, NJ 08861

Social Security No.:
   xxx−xx−4665

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/28/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: July 1, 2019
JAN: slf

                                                                           Jeanne Naughton
                                                                           Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Helen C Stoeckert  
    Debtor

Case No. 17-33493-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 2    Date Rcvd: Jul 01, 2019  
                       Form ID: 148    Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2019.
```
db            +Helen C Stoeckert,    62 S. Grove Avenue,    Perth Amboy, NJ 08861-1508
cr            +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER,    Phelan Hallinan & Schmieg, PC,
                400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
517187754     +Allied Interstate LLC,    PO Box 4000,    Warrenton, VA 20188-4000
517187757     +CBCS,    PO Box 2724,    Columbus, OH 43216-2724
517187760     +Diversified Consultants, Inc.,    PO Box 571,    Fort Mill, SC 29716-0571
517187764     +Northland Group, Inc.,    PO Box 390905,    Minneapolis, MN 55439-0905
517190445     +Orion,    c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517803135     +U.S. Bank Trust, N.A., as Trustee for LSF10 Master,    13801 Wireless Way,
                Oklahoma City, OK 73134-2500
517803136     +U.S. Bank Trust, N.A., as Trustee for LSF10 Master,    13801 Wireless Way,
                Oklahoma City, OK  73134,    U.S. Bank Trust, N.A., as Trustee for LS,    13801 Wireless Way,
                Oklahoma City, OK 73134-2500
517230948     +Unifund CCR LLC,    Att: Mullooly Jeffrey Rooney,    6851 Jericho Tpke POB 9036,
                Syosset, NY 11791-9036
517187765     +Unifund CCR Partners,    PO Box 9036 C/O John Sheerin, Esq.,    Syosset, NY 11791-9036
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jul 02 2019 01:09:42     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 02 2019 01:09:40      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517187755      E-mail/Text: ebn@americollect.com Jul 02 2019 01:09:49      Americollect, Inc.,
                1851 S Alverno Rd,    Manitowoc, WI  54220-9208
517187756     +EDI: ACCE.COM Jul 02 2019 04:23:00      Asset Acceptance LLC,    PO Box 2036,
                Warren, MI 48090-2036
517187758     +EDI: CCS.COM Jul 02 2019 04:23:00      CCS Collections,    2 Wells Avenue,
                Newton, MA 02459-3246
517187759     +EDI: CONVERGENT.COM Jul 02 2019 04:23:00      Convergent Outsourcing,
                10750 Hammerly Blvd, #200,    Houston, TX 77043-2317
517286096      E-mail/Text: bankruptcy.bnc@ditech.com Jul 02 2019 01:09:13
                Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                Rapid City, South Dakota 57709-6154
517187762      E-mail/Text: bankruptcy.bnc@ditech.com Jul 02 2019 01:09:13      GreenTree,    PO Box 94710,
                Palatine, IL  60094
517187763     +EDI: IIC9.COM Jul 02 2019 04:23:00      IC System, Inc.,    PO Box 64437,
                St. Paul, MN 55164-0437
517630168      EDI: IRS.COM Jul 02 2019 04:23:00      IRS,    PO Box 219236,    Kansas City, MO 64121
517340961     +EDI: PRA.COM Jul 02 2019 04:23:00      Orion Portfolio Services LLC,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517897887      E-mail/Text: bky@martonelaw.com Jul 02 2019 01:08:03      Provident Bank,
                c/o Frank J. Martone, Esq.,    1455 Broad Street,    Bloomfield, NJ 07003-3047
518245115     +E-mail/Text: bknotices@providentnj.com Jul 02 2019 01:10:15      The Provident Bank,
                100 Wood Avenue South,    Iselin, NJ 08830-2716
                                                                                              TOTAL: 13
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518241390*      IRS,    POB 7346,    Philadelphia, PA  19101-7346
517187753     ##+Accounts Receivable Technologies,    371 Hoes Lane, Suite 300B,    Piscataway, NJ 08854-4143
517187761     ##+First Credit Services,    371 Hoes Lane, Suite 300B,    Piscataway, NJ 08854-4143
                                                                                               TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2019                          Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jul 01, 2019
                              Form ID: 148             Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2019 at the address(es) listed below:

```
          Albert    Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert    Russo     docs@russotrustee.com
          Donald C. Goins     on behalf of Debtor Helen C Stoeckert dcgoins1@gmail.com,
           G25787@notify.cincompass.com
          Nicholas V. Rogers    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER
           PARTICIPATION TRUST nj.bkecf@fedphe.com
          R. A. Lebron     on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER
           PARTICIPATION TRUST By Caliber Home Loans, Inc., as its attorney in fact bankruptcy@feinsuch.com
          Rebecca Ann Solarz     on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
          Sindi  Mncina     on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER
           PARTICIPATION TRUST smncina@rascrane.com
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 8
```